IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SHANNONDORE L. SIMS, | * |
| Petitioner, | * |
| vs. | * |
| DENNIS BROWN, Warden, and ROSE WILLIAMS, Warden, | * |
| | *   CASE NO. 3:08-CV-77 (CDL) |
| Respondents. | |
| | * |

ORDER ON RECOMMENDATION TO DISMISS
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 9, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 5th day of August, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE